Certificate Number: 13861-NJ-DE-041006994

Bankruptcy Case Number: 26-15483



13861-NJ-DE-041006994

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 22, 2026, at 8:13 o'clock AM PDT, Debra Ann Alexander completed a course on personal financial management given by internet by Evergreen Financial Counseling, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   May 22, 2026            By:    /s/Jenna Wiggins

                               Name:  Jenna Wiggins

                               Title:   Counselor